# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

)  Case No. _____
)     *(to be filled in by the Clerk's Office)*
__ra dais dcapocalypse bey PROSE__ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )  Jury Trial: *(check one)* ☐ Yes ☑ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
  -v-  )
)
)
)
)
)
)
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

       Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

       all rights reserved at all times

       Name ~~title~~   ra dais dcapocalypse bey "PRO SE"
       Street Address   I am homeless now since July 7 2022
       City and County   which is why I am opening up civil lawsuit
       State and Zip Code   ~~I~~ my mailing address on paper with this
       Telephone Number   413 302 4269
       E-mail Address   eddictl1@yahoo.com

   B.  **The Defendant(s)**

       Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Johnathan J Kane
- Job or Title (if known): ~~Judg~~ Judge
- Street Address: Commonwealth Housing Court Western
- City and County: ~~37~~ po box 559 - 37 Elm Street
- State and Zip Code: Springfield Ma 01103
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Eavon Vaughan
- Job or Title (if known):
- Street Address: 411 Alvord Ave
- City and County: Chicopee, Ma 01020
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. _federal Indian law discourse of Conquest Constitution Art. 5, 6, 2 5 USC 3331 11 USC 1503 for United Nations Declaration on the rights of indigenous peoples the America Declarations on the rights of indigenous peoples title #503_

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* _title ra dais deapocalypse bey PROSE all rights reserved at all times indigenous_, is a ~~citizen~~ of the State of *(name)* _indigenous to the land that the State of Mass is claiming_

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _Eavon Vaughan_, is a citizen of the State of *(name)* _Mass_. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) __Johnathan J Kane__, is incorporated under the laws of the State of (name) __Mass__, and has its principal place of business in the State of (name) __Mass Commonwealth housing Court. western__

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) __Mass__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):

$10,000,000 ignoring all laws and the constitution and rules that was entered into the case. to discriminate against me for my indigenous origins under the color of law (title 18 USC 242) for fraud and swindling, and trying to force me to agree by way of threat to kick me out of my home which was done on July 7 2022 and for all the pain and suffering I am having living on the street with no food to eat, no place to sleep, or wash up.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Eavon Vaughan in court when I asked for him to provide proof of a treaty between the indigenous leaders and Christopher Columbus tha clearly says Christopher Columbus and all other European can have ownship of any land here with the bill of Sale signed and dated from the 1400s he could not provide proof to the land he is claiming ownship of and the Johnathan J kane acted as

IV. Relief if Eavon Vaughan did not have to provide proof of the land he was claiming

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

being forced out of my home that the united Nations Declaration on the rights of indigenous people stated that we can not be forced out of our lands and territies, all the things removed from my house with out my consent was priceless because they belonged to my died mother and drawing I made my self that is to me almost $1,000,000 each because I came up with my drawing out of my own mind. I have no place to live, no food to eat, I have to ask friends for food and money that I will have to pay back now and because of covid 19 my idea

V.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.    **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing:     July 14 2022

   all rights reserved
   Signature of Plaintiff     ra dais deapocalypse bey     PRO SE
   Printed Name of Plaintiff    ra dais deapocalypse bey

   B.    **For Attorneys**

   Date of signing:    _____

   Signature of Attorney         _____
   Printed Name of Attorney      _____
   Bar Number                    _____
   Name of Law Firm              _____
   Street Address                _____
   State and Zip Code            _____
   Telephone Number              _____
   E-mail Address                _____